Stottlemyer Unemployment Compensation Case.

Argued March 14, 1967. *Gertrude L. Stottle-
myer,* claimant, appellant, in propria persona, sub-
mitted a brief; *Sydney Reuben,* Assistant Attorney

General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.